FILED

NOV 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MAYRA CASAS and JULIO FERNANDEZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> VICTORIA'S SECRET STORES, LLC; et al., <br><br> Defendants-Appellees. | No. 15-56162 <br><br> D.C. No. 2:14-cv-06412-GW-VBK <br> Central District of California, Los Angeles <br><br> ORDER |

Before: PREGERSON, NOONAN, and PAEZ, Circuit Judges.

This court has received Appellants' notice of settlement of this class action.

In light of this development, within forty-five (45) days of the filing of this order, and every forty-five (45) days thereafter, the parties shall file a joint report regarding the status of settlement approval proceedings in district court.

Pending final approval of the parties' settlement by the district court, submission of this case is VACATED.