## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-6412-GW (VBKx) | Date | August 10, 2017 |
|---|---|---|---|
| Title | Mayra Casas v. Victoria's Secret Stores, LLC et al | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Charles A. Rojas | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Stanley Saltzman (By Telephone) | Jennifer Lindsay Katz (By Telephone) |

**Proceedings:** **MOTION FOR SETTLEMENT APPROVAL OF CLASS ACTION SETTLEMENT [80]**

The case is called. Counsel make their appearances. The Court and counsel confer.

For reasons stated on the record, the Court orders the parties to prepare a Proposed Order with timetables and email them to the Court's clerk forthwith.

                                                                                                                                :    .03

Initials of Preparer    CR