# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA CASAS, JULIO FERNANDEZ, individuals, on behalf of themselves and all others similarly situated,<br><br>             Plaintiff,<br><br>        vs.<br><br>VICTORIA'S SECRET STORES, LLC, a business entity of unknown form, LIMITED BRANDS, a business entity of unknown form, and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 2:14-CV-06412 GW (VBKx)<br><br>**SECOND AMENDED ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT PURSUANT TO THE TERMS OF JOINT STIPULATION RE: CLASS ACTION SETTLEMENT, AND THE FIRST ADDENDUM THERETO**<br><br>Dist. Judge:    Hon. George H. Wu<br>Mag. Judge:   Hon. Victor B. Kenton<br><br>Complaint Filed:            July 9, 2014<br>First Amended<br>Complaint Filed:            September 5, 2014<br>Second Amended<br>Complaint Filed:            December 29, 2014<br>Third Amended<br>Complaint Filed:            February 13, 2015<br>Trial Date:                     None Set |

1  This matter came on for hearing on August 10, 2017, upon the Amended
2  Motion for Preliminary Approval of the proposed settlement of this action on the
3  terms set forth in the Joint Stipulation re: Class Action Settlement (the "Settlement"
4  or "Stipulation"), attached hereto as **Exhibit 1,** as well as the First Addendum to
5  Joint Stipulation re: Class Action Settlement (the "First Addendum"), attached hereto
6  as **Exhibit 2**.  Having considered the Settlement and the First Addendum thereto, all
7  papers and proceedings held herein, and having reviewed the entire record in this
8  action, Case No. 2:14-cv-06412 GW (VBKx), entitled *Mayra Casas, et al. v.*
9  *Victoria's Secret Stores, LLC, et al.* (the "Action"), and good cause appearing, the
10 Court finds that:

11  WHEREAS, plaintiffs MAYRA CASAS and JULIO FERNANDEZ have
12 alleged claims against defendant VICTORIA'S SECRET STORES, LLC
13 ("Defendant") on behalf of themselves and on behalf of others similarly situated,
14 comprising all current and former employees of Defendant, who worked in
15 California during the period from July 9, 2010 to the date of this Order, and who
16 were classified as non-exempt from overtime pay, excluding Defendant, its owners,
17 directors, officers, executives, and all management personnel whose responsibility it
18 was to maintain and/or enforce the policies, procedures, customs and/or business
19 practices complained of in the Action; and

20  WHEREAS, Plaintiffs assert claims against Defendant for (1) failure to pay
21 reporting time pay for regular shifts; (2) failure to pay reporting time pay for "call-
22 in" shifts; (3) failure to pay overtime compensation; (4) failure to pay minimum
23 wages; (5) failure to maintain required business records; (6) failure to provide
24 accurate itemized wage statements; (7) failure to pay all wages earned at termination;
25 (8) unlawful business practices; (9) unfair business practices; (10) failure to pay split
26 shift premiums; (11) unreimbursed business expenses; and (12) civil penalties based
27 on these alleged violations; and

28  WHEREAS, Defendant expressly denies the allegations of wrongdoing and

1 violations of law alleged in this Action, and further denies any liability whatsoever to
2 Plaintiffs or to the Class Members; and

3     WHEREAS, without admitting any liability, claim, or defense, Plaintiffs and
4 Defendant (collectively, the "Parties") determined that it was mutually advantageous
5 to settle this Action and to avoid the costs, delay, uncertainty, and business
6 disruption of ongoing litigation; and

7     WHEREAS, the Parties agreed to resolve the Action and entered into the
8 Stipulation in and about February and March, 2017, and the First Addendum on or
9 about July 28, 2017, which together provide for a complete dismissal, with prejudice,
10 of the claims asserted in the Action against Defendant on the terms and conditions
11 set forth in the Stipulation and the First Addendum, subject to the approval of this
12 Court;

13     NOW, therefore, the Court grants preliminary approval of the Settlement, and
14     **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

15     1.    To the extent defined in the Joint Stipulation re: Class Action
16 Settlement, attached hereto as **Exhibit 1**, or the First Addendum, attached hereto as
17 **Exhibit 2,** and incorporated herein by reference, the terms in this Order shall have
18 the meanings set forth therein.

19     2.    The Court has jurisdiction over the subject matter of this Action,
20 Defendant, and the Class.

21     3.    The Class is defined as follows:

> "Class Members" shall mean all current and former employees of Defendant, who worked in California during the Class Period and who were classified as non-exempt from overtime pay, excluding Defendant, its owners, directors, officers, executives, and all management personnel whose responsibility it was to maintain and/or enforce the policies, procedures, customs and/or business practices complained of in the Action.
>
> Additionally, a Subclass shall be formed to represent all members of the foregoing Class whose employment with Defendant terminated during the Class Period.

> As used hereinabove, the term "Class Period" means the time frame commencing four years prior to the date the original Complaint in this action was filed, *i.e.*, July 9, 2010, and continuing until the date of preliminary approval.

4.  The Court deems the Fourth Amended Complaint, attached hereto as **Exhibit 3**, adding claims against Defendant for unpaid split shift premiums and unreimbursed business expenses, as filed as of the date of this Order.

5.  The Court has determined that the intended notice to be given to the Class fully and accurately informs all persons in the Class of all material elements of the proposed Settlement, constitutes the best notice practicable under the circumstances, and constitutes valid, due, and sufficient notice to all Class Members.

6.  The Court hereby (1) grants preliminary approval of the Settlement as set forth in the Stipulation and the First Addendum thereto, as fair, reasonable, and adequate in all respects to the Class Members; (2) conditionally certifies the Class as defined above in Paragraph 3; and (3) Orders the parties to consummate the Settlement in accordance with the terms of the Stipulation and the First Addendum thereto.

7.  The plan of distribution as set forth in the Stipulation and the First Addendum thereto, providing for the distribution of the Net Settlement Amount to Settlement Class Members, is preliminarily approved as being fair, reasonable, and adequate.

8.  The Court preliminarily appoints as Class Counsel the following attorneys: Stanley D. Saltzman and Stephen P. O'Dell of Marlin & Saltzman, LLP, 29800 Agoura Road, Suite 210, Agoura Hills, California 91301.

9.  This Preliminary Approval Order and the Stipulation and the First Addendum thereto, and all papers related thereto, are not, and shall not be construed to be, an admission by Defendant of any liability, claim, or wrongdoing whatsoever, and shall not be offered as evidence of any such liability, claim, or wrongdoing in this Action or in any other proceeding.

10. The timelines set forth in the "Final Proposed Settlement Timetable" attached hereto as **Exhibit 4**, are hereby incorporated into this Order.

11. In the event that the Settlement does not become effective in accordance with the terms of the Stipulation and the First Addendum thereto, then this Preliminary Approval Order shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated, and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation, and each party shall retain his, her or its rights to proceed with litigation of the Action.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED: August 11, 2017  _____
Hon. George H. Wu
United States District Court Judge